82 F.3d 404
 Reginald Boyer
v.
Joseph Mazurkiewicz, John M. McCullough, Francis Dougherty,
Sam Mazzotta, Stewart E. Boone, Anthony J. DeAngelo, John
Doe, T. L. Whitman, George H. Conrad, Former Hearing
Examiner at SCI-Rockview, Daniel Hammond, Correctional
Officer (Co 4) at SCI-Rockview, D. H. Weaver, Correctional
Officer (Co 4), Jack M. Allar, Former Assistant Supt. &
Grievance Coordinator, George Wilson, Corrections Mail
Inspector, D. Leathers, Correctional Officer (#4)
 NO. 94-7719
 United States Court of Appeals,
Third Circuit.
 Mar 15, 1996
 
 Appeal From: M.D.Pa., No. 93-00263,
 Conaboy, J.
 
 
 1
 AFFIRMED.